Appellate Case: 10-1428     Document: 01018522268     Date Filed: 10/26/2010     Page: 1

FILED
United States Court of Appeals
Tenth Circuit

October 26, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

RANDY S. GOLDENHERSH,

    Plaintiff-Appellant,

v.

AURORA LOAN SERVICES, a Delaware limited liability company; DALE & DECKER, LLC; HOLLY DECKER; TONI M.N. DALE; JAMIE G. SILER; ANA MARIA PETERS-RUDDICK, Public Trustee of Arapahoe County,

    Defendants-Appellees.

No. 10-1428
(D.C. No. 1:10-CV-01936-MSK-BNB)
(D. Colo.)

---

**ORDER**

---

Before **HOLMES** and **EBEL**, Circuit Judges.

---

Randy S. Goldenhersh moves for an emergency stay of a foreclosure proceeding scheduled for October 27, 2010, in Arapahoe County, Colorado. "The traditional stay factors" are "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 129 S. Ct. 1749, 1756 (2009) (quotation

omitted). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [judicial] discretion." *Id*. at 1761.

Mr. Goldenhersh's emergency stay request does not establish the required factors, particularly with regard to the likelihood of success on the merits. The motion is DENIED.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk